JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLEMENT 1 LLC, | Case No. CV 23-3779 PA (JCx) |
| Plaintiff, | JUDGMENT |
| v. | |
| SCOTTSDALE INSURANCE COMPANY, | |
| Defendant. | |

In accordance with the Court's July 11, 2023 Order granting the Motion to Dismiss filed by defendant Scottsdale Insurance Company ("Defendant") and dismissing plaintiff Clement 1 LLC's ("Plaintiff") Complaint without leave to amend,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the action filed by Plaintiff is dismissed with prejudice.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiff take nothing and Defendant shall have their costs of suit.

DATED: July 11, 2023

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE